UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                    :
TIMOTHY A. HORNE,                   :
                                    :    Civ. Action No. 16-5620 (NLH)
            Plaintiff,              :
                                    :
            v.                      :    MEMORANDUM OPINION
                                    :
CHERRY HILL OFFICE OF THE           :
FEDERAL BUREAU OF                   :
INVESTIGATIONS, et al.              :
                                    :
            Defendants.             :
_____:

IT APPEARING THAT:

1. Plaintiff Timothy A. Horne filed an Amended Complaint raising claims pursuant to the Federal Tort Claims Act, Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971), and common law breach of contract on December 8, 2017. ECF No. 30. At the time he submitted his Amended Complaint, Plaintiff was in state custody at South Woods State Prison in Bridgeton, New Jersey. See id.

2. Defendants filed a Motion to Dismiss the Amended Complaint on February 8, 2018. ECF No. 34.

3. Plaintiff has failed to file an opposition to the Motion to Dismiss or otherwise communicate with the Court since filing his Amended Complaint.

4. According to the inmate database maintained by the New

1

Jersey Department of Corrections, Plaintiff is no longer housed at South Woods State Prison. See https://www20.state.nj.us/DOC_Inmate/inmatesearch.jsp. It is unclear whether he received service of the Motion to Dismiss in light of his apparent change of address.

5. Plaintiff has not communicated with the Court regarding his Amended Complaint, the pending Motion to Dismiss, or his new address, in violation of Local Civil Rule 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

6. Based on Plaintiff's failure to comply with Local Civil Rule 10.1, the Clerk of the Court will be ordered to administratively terminate this case, with the right to reopen this matter upon Plaintiff updating his contact information to satisfy the appropriate Rules.

7. Plaintiff is further advised that failure to file an opposition to the pending Motion to Dismiss may render such motion unopposed and subject the civil action to dismissal.

8. An appropriate order follows.

Dated: September 28, 2018          S/ Noel L. Hillman
At Camden, New Jersey              NOEL L. HILLMAN, U.S.D.J.